UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   17cv216 (DLC)
WESTCHESTER SURPLUS LINES INS. CO.,      :
                                         :   SCHEDULING ORDER
                          Plaintiff,     :
                                         :
         -v-                             :
                                         :
ARCH SPECIALTY INS. CO.,                 :
     Defendant/Third-Party Plaintiff,    :
                                         :
         -v-                             :
                                         :
ENERGY CONSERVATION GROUP OF AMERICA,    :
INC.; PENN-AMERICA INSURANCE CO.; and    :
CONSTRUCTION CONTRACTING AND             :
MAINTENANCE, LLC,                        :
              Third-Party Defendants.    :
                                         :
---------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-7-2017

DENISE COTE, District Judge:

Based on counsels' representations that one or more summary judgment motions will be filed in this action, it is hereby

ORDERED that the November 17, 2017 deadline to file the Joint Pretrial Order is adjourned sine die.

IT IS FURTHER ORDERED that the case is removed from the December 11, 2017 Trial Ready Calendar.

IT IS FURTHER ORDERED that, if necessary, the Court will set a schedule for the filing of the Joint Pretrial Order and

for trial after resolution of the summary judgment motions.

SO ORDERED:

Dated:     New York, New York
           November 7, 2017

                                    _____
                                            DENISE COTE
                                    United States District Judge